Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiffs*
*Moonbug Entertainment Limited and*
*Treasure Studio Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/19/22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED and TREASURE STUDIO INC., <br><br> *Plaintiffs* <br><br> v. <br><br> CHANGSHA DAHUAN ELECTRONIC TECHNOLOGY CO., LTD., CHANGSHU HUALING CULTURE COMMUNICATION CO., LTD., CHANGZHOU BEIJIE CULTURE MEDIA CO., LTD., CHAOZHOU CHAOAN FENGHUI PRINTING CO., LTD., DONGGUANG GOLDEN BEAR TOYS CO., LTD., GUANGDONG FENGZHIWU TRADING CO., LTD., GUANGZHOU XINDA TOYS CO., LTD., GUANGZHOU YUESHANHAI TRADING CO., LTD., HANGZHOU LIFC IMPORT& EXPORT CO., LTD., HEBEI AOGESHI TECHNOLOGY CO., LTD., HEFEI EMAY ARTS & CRAFTS CO., LIMITED, JINHUA HAIRONG IMPORT AND EXPORT CO., LTD., JINHUA ZHIBO GARMENT CO., LTD., QUANZHOU GUANGHE MINGLIANG TRADING CO., LTD., QUANZHOU LAIAO PLASTIC PRODUCTS CO., LTD., SHANGHAI QIANJIU TRADING CO., LTD., SHANTOU JINPING DISTRICT CHENGTIAN QIFA PRINTING FACTORY, SHAOXING MILU TRADING CO., | **22-cv-5040 (LAK)** <br><br> ~~[PROPOSED]~~ <br> **UNSEALING ORDER** |

LTD., SHENZHEN HUAMING JUN RUBBER CO., LTD., SHENZHEN JUSTDU ELECTRONIC CO., LTD., SHENZHEN LEHONGDA TECHNOLOGY CO., LTD., SHENZHEN TOYSKING INDUSTRIAL CO., LTD., SHENZHEN XINGMAN INDUSTRY CO., LTD., WUHAN TKNOW TECHNOLOGY CO., LTD., YANGZHOU YURUI HOUSEHOLD PRODUCTS CO., LTD., YIWU BAIGE CRAFTS CO., LTD., YIWU DIANZHU IMPORT AND EXPORT CO., LTD., YIWU DUN SHAN TRADING CO., LTD., YIWU FUXIN TRADE CO., LTD., YIWU FUYU E - COMMERCE FIRM, YIWU LANGSHI IMPORT AND EXPORT CO., LTD., YIWU LUOJIA TRADING CO., LTD., YIWU MENGDIAN IMPORT AND EXPORT CO., LTD., YIWU MINZHI CLOTHING FIRM, YIWU NIHAO ELECTRONIC COMMERCE FIRM, YIWU QIAOMAO GARMENT CO., LTD., YIWU QUANFA IMPORT & EXPORT COMPANY LIMITED, YIWU SHIXI E-COMMERCE CO., LTD., YIWU TAOKE TRADE CO., LTD., YIWU TAOQI E-COMMERCE FIRM, YIWU TENGXING CRAFTS CO., LTD., YIWU UNICORN IMPORT & EXPORT CO., LTD., YIWU XINENG E-COMMERCE FIRM, YIWU XINTENG E-BUSINESS FIRM, YIWU YAWOO CLOTHING CO., LTD., YIWU YIYUAN GARMENT CO., LTD., YIWU YOUTENG PAPER CRAFTS CO., LTD., YIWU YUSHU TRADING CO., LTD. and ZHEJIANG FULAIMU IMPORT&EXPORT CO.,LTD,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this __19__ day of __July__ , 2022.
New York, New York

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE

3