UNITED STATES DISTRICT COURT                    **FILED UNDER SEAL**
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
MOONBUG ENTERTAINMENT LIMITED, et al.,

                       Plaintiffs,

             -against-                                   22-CV-5040 (LAK)


CHANGSHA DAHUAN ELECTRONIC
TECHNOLOGY CO., LTD., et al.,

                     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        On June 28, 2022, I issued a memorandum endorsement adjourning the show cause hearing in this case until July 14, 2022 at 2 p.m. and setting deadlines for answering papers by July 5, 2022 and reply papers by July 13, 2022.  These dates were issued in error.

        The show cause hearing is adjourned to July 19, 2022 at 2 p.m. and will be held in person in my court room.  Answering papers are due by July 15, 2022 and reply papers are due by July 18, 2022.  The temporary restraining order is extended to and including July 19, 2022.

        SO ORDERED.

Dated:      June 29, 2022

                                           Lewis A. Kaplan
                                 United States District Judge